IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PHYLLIS RICH**                                                                 **PLAINTIFF**

V.                              CASE NO. 2:25-CV-00002-BSM

**RENADA TATE**                                                                  **DEFENDANT**

<u>**ORDER**</u>

Phyllis Rich's motion to consolidate [Doc. No. 2] is granted and this case is consolidated with *Rich v. Hyundia Motor Company Inc.,* 2:24-cv-00182 BSM (E.D. Ark. June 17, 2024), which shall serve as the lead case. *See* Fed. R. Civ. P. 42(a).

IT IS SO ORDERED this 29th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE