**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**PHYLLIS RICH, *et al.*** **PLAINTIFFS**

**v.** **LEAD CASE NO. 2:24-CV-00182-BSM**

**HYUNDAI MOTOR COMPANY, INC.** **DEFENDANT**

**PHYLLIS RICH, *et al.*** **PLAINTIFFS**

**v.** **CONSOLIDATED CASE NO. 2:25-CV-00002-BSM**

**RENADA TATE** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2026.

UNITED STATES DISTRICT JUDGE